```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shae Petersen,

                Plaintiff,

-against-

Diesel Power Gear LLC et al.,

                Defendants.

1:21-cv-08827 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Thursday, January 12, 2023, Plaintiff shall produce unredacted versions of any licensing agreements previously produced in redacted form.

2. No later than Thursday, January 26, 2023, Plaintiff shall serve supplemental responses to Interrogatory Nos. 1 and 3. (*See* ECF No. 56-1.) With respect to Interrogatory No. 3, Plaintiff's response shall confirm that he has conducted a diligent search to identify responsive documents that are in his possession, custody or control. As set forth during the conference, the Court is grating Defendants' request for supplemental interrogatory responses in lieu of a deposition of Plaintiff. Accordingly, Defendants right to take Plaintiff's deposition is deemed waived.

3. The deadline for Defendants to file any motion for summary judgment is Monday, March 6, 2023. Following review of any such motion, the Court will set a briefing schedule, if appropriate.

4. The parties are granted leave to take additional discovery regarding damages. The deadline for the completion of damages-related discovery is Friday, March 10, 2023.

5. The parties shall file a Joint Pretrial Order, in accordance with the Court's Individual Practices, no later than May 1, 2023.

The Clerk of Court is respectfully requested to terminate the Letter Motion at ECF No. 56.

**SO ORDERED.**

DATED:    New York, New York
          January 5, 2023

_____
STEWART D. AARON
United States Magistrate Judge