UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023
```

Shae Petersen,

        Plaintiff,

-against-

Diesel Power Gear LLC et al.,

        Defendants.

1:21-cv-08827 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a telephone conference on Thursday, March 23, 2023 at 11:00 a.m. to discuss Plaintiff's Letter Motion (ECF No. 71). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    SO ORDERED.

DATED:    New York, New York
             March 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge