UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shae Petersen,

                Plaintiff,

-against-

Diesel Power Gear LLC et al.,

                Defendants.

1:21-cv-08827 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The deadline for Defendants to secure new counsel set forth in the Court's June 8, 2023 Order (*see* 6/8/2023 Order, ECF No. 88) is extended until August 23, 2023. Thereafter, the Court will enter an appropriate Scheduling Order regarding pretrial submissions.

2. Trial in this action, which is expected to last three days, shall commence on October 23, 2023.

**SO ORDERED.**

Dated:     New York, New York
            July 24, 2023

_____
STEWART D. AARON
United States Magistrate Judge