```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___08/25/2023___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Shae Petersen,

                              **Plaintiff,**

        -against-

Diesel Power Gear LLC et al.,

                              **Defendants.**

**1:21-cv-08827 (SDA)**

**SCHEDULING ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that:

1. The parties shall file a Joint Pretrial Order in accordance with Section IV(B) of the Court's Individual Practices no later than September 22, 2023.

2. The parties shall file the additional pre-trial submissions required by Section IV(C) of the Court's Individual Practices no later than October 6, 2023.

3. As previously set forth (*see* 7/24/2023 Order, ECF No. 90), the jury trial in this action, which is expected to last three days, is scheduled to commence on October 23, 2023. The parties shall comply with Section IV(D) of the Court's Individual Practices regarding exhibits for trial.

**SO ORDERED.**

Dated:        New York, New York
              August 25, 2023

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge