USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shae Petersen,

                Plaintiff,

-against-

Diesel Power Gear LLC et al.,

                Defendants.

1:21-cv-08827 (SDA)

ORDER OF DISMISSAL

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It having been reported to the Court that this case has been settled (*see* Notice of Settlement, ECF No. 100), it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated:    New York, New York
            September 25, 2023

_____
STEWART D. AARON
United States Magistrate Judge